**Wendell HARRISON, Petitioner–Appellant,**

v.

**M. YARBOUROGH; et al., Respondents–Appellees.**

**No. 06–16044.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2006 *.

Filed Dec. 12, 2006.

Wendell Harrison, Susanville, CA, pro se.

David A. Eldridge, Esq., Office of the California Attorney General, Sacramento, CA, David A. Eldridge, Esq., for Respondents–Appellees.

Before: GOODWIN, LEAVY and FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Wendell Harrison appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Harrison contends that his constitutional rights were violated by the use of a stunbelt during trial. We conclude that the trial court properly determined that the use of the restraint was necessary and that Harrison has not shown that he was preju-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

diced by wearing the restraint. *See Gonzalez v. Pliler,* 341 F.3d 897, 903 (9th Cir.2003). Accordingly, the state court's decision was not contrary to or an unreasonable application of clearly established federal law. *See* 28 U.S.C. § 2254(d).

Harrison's request to broaden the certificate of appealability is denied. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

